IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 12-cr-00414-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUCILIOUS WARD,

    Defendant.

---

## ORDER
---

As further set forth on the record at the hearing held on November 6, 2012, IT IS HEREBY ORDERED as follows:

1. Defendant's Unopposed Motion to Exclude Time from Speedy Trial Computation and to Set Jury Trial Outside 70-Day Speedy Trial Deadline [Doc # 7] is GRANTED, and the speedy trial clock shall be extended for 120 days beyond the original speedy trial date of December 24, 2012; and

2. A status and scheduling hearing is set for Wednesday, April 17, 2013 at 9:00 a.m.

Dated: November 6, 2012, in Denver, Colorado.

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  LEWIS T. BABCOCK, JUDGE